IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSH HAUSER, | ) | CASE NO.: 2:22-cv-02517-EAS-KAJ |
| | ) | |
| Plaintiff, | ) | JUDGE: Edmund A. Sargus |
| | ) | |
| -v- | ) | MAGISTRATE JUDGE: Kimberly A. Jolson |
| | ) | |
| INTER-CON SECURITY SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | **ORDER GRANTING JOINT MOTION TO STAY** |

Upon consideration of the parties' Joint Motion to Stay, it is hereby ORDERED that the parties' Joint Motion is GRANTED. Therefore, it is hereby ORDERED that:

1. The Case shall be stayed for ninety (90) days, up to and including November 9, 2022, pending the parties' settlement discussions and arbitration.

2. If the parties do not resolve this case by November 9, 2022, then, on or before that date, the parties will provide the Court with a joint status report, whereupon the Court may schedule a status conference so that the organizational deadlines in this case can be re-set.

Dated: 10/28/2022

    s/Edmund A. Sargus, Jr.
UNITED STATES DISTRICT JUDGE