UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSH HAUSER,

    Plaintiff,                          Case No. 2:22-cv-2517
                                           JUDGE EDMUND A. SARGUS, JR.
   v.                                  Magistrate Judge Kimberly A. Jolson

INTER-CON SECURITY SYSTEMS
INC.,

    Defendant.

## ORDER

    This matter is before the Court for consideration of the parties' Joint Motion to Reinstitute Stay. (ECF No. 16.) Counsel represents that the parties continue to engage in good faith settlement negotiations and, should negotiations fail, the parties intend to arbitrate the claims at issue in this litigation. (*Id.*) Counsel further represents that staying this case will best serve the interests of justice and the efficient resolution of the parties' disputes.

    For good cause shown, the parties' motion is **GRANTED** (ECF No. 16). The case shall be stayed for ninety (90) days. The parties are **DIRECTED** to file a stipulation of dismissal or otherwise update the Court on the status of settlement by May 2, 2023.

    IT IS SO ORDERED.


**2/1/2023**                                           **s/Edmund A. Sargus, Jr.**
**DATE**                                                 **EDMUND A. SARGUS, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**